UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY L. LENK, et al., | : | CASE NO. 1:16CV10000 |
| Plaintiffs, | : | JUDGE SARA LIOI |
| vs. | : | |
| A.W. CHESTERTON COMPANY, et al., | : | |
| Defendants. | : | |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)

The parties hereby stipulate to a dismissal of the above-captioned action without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with the right to refile. Each party to bear its own costs.

RESPECTFULLY SUBMITTED,

KELLEY & FERRARO, LLP

By: /s/ Electronically Filed
Anthony Gallucci (0066665)
2200 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 575-0777

Counsel for Plaintiffs

**IT IS SO ORDERED**.

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

September 2, 2016

/s/ Per consent via electronic mail
Kevin C. Alexandersen, Esq.
Daniel J. Michalec
Gallagher Sharp
6th Floor, Bulkley Bldg.
1501 Euclid Avenue
Cleveland, OH 44115
216-522-1098
216-241-1608 (fax)
kalexandersen@gallaghersharp.com
dmichalec@gallaghersharp.com
Counsel for Defendant Kaman Corporation

/s/ Per consent via electronic mail
John A. Kristan, Jr.
John A. Valenti
Kelley Jasons McGowan Spinelli & Hanna
Ste. 305, 1220 West Sixth Street
Cleveland, OH 44113
216-902-4444
216-902-4447 (fax)
jkristan@kjmsh.com
jvalenti@kjmsh.com
Counsel for Defendants Clark Industrial Insulation Co.
and Red Seal Electric Company

/s/ Per consent via electronic mail
Joseph D. Silvaggio
Steven G. Blackmer, Esq.
Melanie Irwin
Willman & Silvaggio
Ste. 150, 5500 Corporate Drive
Pittsburgh, PA 15237
412-366-3333
jsilvaggio@willmanlaw.com
sblackmer@willmanlaw.com
mirwin@willmanlaw.com
Counsel for Defendant Honeywell International Inc.

/s/ Per consent via electronic mail
Michele L. Larissey
Swartz Campbell
1120 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113
216-685-9188
216-685-9293 (fax)
mlarissey@swartzcampbell.com
Counsel for Defendant Crane Co.

/s/ Per consent via electronic mail
James A. Byrne, Esq.
Stephen H. Daniels
Evan J. Palik
McMahon DeGulis
650 Caxton Bldg.
812 Huron Road
Cleveland, OH 44115
216-621-1312
216-621-0577 (fax)
jbyrne@mdllp.net
sdaniels@mdllp.net
epalik@mdllp.net
Counsel for Defendant John Crane Inc.

/s/ Per consent via electronic mail
Martin H. Lewis
Tucker Ellis
Ste. 1100, 950 Main Avenue
Cleveland, OH 44113
216-592-5000
martin.lewis@tuckerellis.com
Counsel for Defendant United Technologies
Corporation

/s/ Per consent via electronic mail
Christopher J. Caryl
Tucker Ellis
Ste. 1100, 950 Main Avenue
Cleveland, OH 44113
216-592-5000
216-592-5009 (fax)
christopher.caryl@tuckerellis.com
Counsel for Defendant Pneumo Abex Corporation

/s/ Per consent via electronic mail
Samuel R. Martillotta
Jeffrey M. Embleton
Edward O. Patton
Mansour Gavin
1400 North Point Tower
1001 Lakeside Avenue
Cleveland, OH 44114
216-523-1500
216-523-1705 (fax)
docket@mggmlpa.com
jembleton@mggmlpa.com
epatton@mggmlpa.com
Counsel for Defendant Lockheed Martin Corporation

/s/ Per consent via electronic mail
Eric S. Daniel
Thompson Hine
3900 Key Tower
127 Public Square
Cleveland, OH 44114
216-566-5526
216-566-5800 (fax)
eric.daniel@thompsonhine.com
Counsel for Defendants Ferro Engineering Division of ON Marine Services Company and ON Marine Services LLC

/s/ Per consent via electronic mail
James L. McCrystal, Jr.
Nathan F. Studeny
Sutter O'Connell
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114
216-928-2200
216-928-4400 (fax)
jmccrystal@sutter-law.com
nstudeny@sutter-law.com
Counsel for Defendant Eaton Corporation

/s/ Per consent via electronic mail
Richard D. Schuster
Stephen C. Musilli
Perry W. Doran, II
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
614-464-6305
614-719-5185 (fax)
rdschuster@vorys.com
pdoran@vorys.com
scmusilli@vssp.com
Counsel for Defendants CBS Corporation, Dana Companies LLC, General Electric Corporation, Goodrich Corporation, and Goodyear Tire & Rubber Company

/s/ Per consent via electronic mail
Thomas I. Michals
Lindsey E. Sacher
Jennifer L. Whitt
Anthony F. Stringer
Calfee, Halter & Griswold
1405 East Sixth Street
Cleveland, OH 44114
216-622-8450
216-241-0816 (fax)
tmichals@calfee.com
lsacher@calfee.com
jwhitt@calfee.com
astringer@calfee.com
Counsel for Defendant Cleveland Electric Illuminating Company

/s/ Per consent via electronic mail
Timothy M. Fox
Christine E. Watchorn
Ulmer & Berne
Ste. 1100, 65 East State Street
Columbus, OH 43215
614-229-0004
614-229-0005 (fax)
tfox@ulmer.com
cwatchorn@ulmer.com
Counsel for Defendant Georgia-Pacific LLC

/s/ Per consent via electronic mail
Jenifer E. Novak
Frantz Ward
Ste. 3000 , 200 Public Square
Cleveland, OH 44114
216-515-1660
216-515-1650 (fax)
jnovak@frantzward.com
Counsel for Defendant Grove Aircraft Landing Gear Systems Inc.

/s/ Per consent via electronic mail
Susan Barrett Harty
Vorys, Sater, Seymour & Pease - Columbus
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
614-464-6376
614-719-4754 (fax)
sbharty@vssp.com
Counsel for Defendants CBS Corporation and General Electric Corporation

/s/ Per consent via electronic mail
Matthew C. O'Connell
Douglas R. Simek
Sutter O'Connell - Cleveland
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114
216-928-2200
216-928-4400 (fax)
moconnell@sutter-law.com
dsimek@sutter-law.com
Counsel for Defendants Boeing Company, Greene Tweed & Company Inc. and Riley Power Inc.

/s/ Per consent via electronic mail
Jeffrey A. Healy
Jeffrey Whitesell
Tucker Ellis
Ste. 1100, 950 Main Avenue
Cleveland, OH 44113
216-696-3927
216-592-5009 (fax)
jeffrey.healy@tuckerellis.com
jwhitesell@tuckerellis.com
Counsel for Defendant McCord Corporation

/s/ Per consent via electronic mail
Drew M.L. Odum
Tucker Ellis
Ste. 1100, 950 Main Avenue
Cleveland, OH 44113
216-696-5352
216-592-5009 (fax)
drew.odum@tuckerellis.com
Counsel for Defendants A.W. Chesterton Company, Parker Hannifin Corporation, Rockwell Automation Inc., United Technologies Corporation, and Pnuemo Abex Corporation

/s/ Per consent via electronic mail
Matthew D. Joss
TaddeoSturm
3 West Cary Street
Richmond, VA 23220
804-344-8540
804-344-8541 (fax)
Counsel for Defendant General Electric Corporation

/s/ Per consent via electronic mail
John P. Patterson
Tucker Ellis - Cleveland
Ste. 1100, 950 Main Avenue
Cleveland, OH 44113
216-592-5000
216-592-5009 (fax)
john.patterson@tuckerellis.com
Counsel for Defendant A.W. Chesterton Company and Parker Hannifin Corporation

5

/s/ Per consent via electronic mail
Laura P. Yee
Glazier Yee
Ste. 960, 235 Montgomery Street
San Francisco, CA 94104
415-356-1100
415-356-1105 (fax)
yee@glazieryee.com
Counsel for Defendant Lockheed Martin Corporation

/s/ Per consent via electronic mail
James P. Burke
Moira H. Pietrowski
Susan Squire Box
Roetzel & Andress
Ste. 400, 222 South Main Street
Akron, OH 44308
330-849-6625
Fax: 330-376-4577
sbox@ralaw.com
Counsel for Defendant Ford Motor Company